IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-3 (MTT) |
| | ) |
| LONNISE JANELLE ANDREWS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**SCHEDULING ORDER**

This matter is before the Court pursuant to the parties' motion to declare the case complex, extend the deadlines in the standard pretrial order, and specially set the trial. Doc. 17. For the following reasons, the motion is **GRANTED**.

The January 10, 2023 indictment alleges four counts of Making and Subscribing a False Return, four counts of Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Tax Return, five counts of False Claim for a Tax Credit, and three counts of False Claim for a Refund. Doc. 1. The defendant had her initial appearance and arraignment in this court on February 1, 2023. Doc. 6.

The parties now request the Court (1) declare the case complex, (2) extend the deadlines in the standard pretrial order, and (3) specially set the trial. Doc. 17. The government's investigation—culminating in this case—involved over fifty Grand Jury subpoenas and a search of the defendant's residence, which resulted in allegations of tax fraud spanning over three years. *Id.* ¶ 2. Further, the discovery in this case is voluminous and paper intensive, containing over 20,000 pages and 17 gigabytes of data. *Id.* ¶ 3. Based on the voluminous nature of the discovery materials, as well as the

subject matter of the case, the government submits that defense counsel will need a significant period of time to review all of the discovery once received in order to meaningfully prepare the defense in this case. *Id.* ¶ 4.

The Court finds the case complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), due to nature of the prosecution. Further, pursuant to § 3161(h)(7)(A), the Court finds the trial should be specially set by the Court to allow the parties adequate time to review discovery materials, conduct necessary investigations, and prepare for trial. For the reasons stated, any delay outweighs the best interests of the public and the defendants to a speedy trial. Accordingly, the joint motion (Doc. 17) is **GRANTED**.

The case is specially set for trial beginning on September 11, 2023. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

The Court amends and supplements the Standard Pretrial Order as follows:

| Date | Event |
|---|---|
| 3/22/2023 | The government shall discharge its discovery obligations as set forth in paragraphs 1, 4-10 of the Standard Pretrial Order. |
| 4/19/2023 | Defense discovery, as outlined in paragraph 2 of the Standard Pretrial Order, due. |
| 5/17/2023 | Motions, other than motions in limine, due. |
| 5/31/2023 | Motion responses due. |
| 6/14/2023 | • Motion replies due.<br>• Government's expert notices due. |
| 6/27/2023 | Rule 404(b) notices due. |
| 7/11/2023 | Defense expert notices due. |
| 7/12/2023 | Motions hearing and/or status conference. |
| 8/1/2023 | The defendant shall file an announcement regarding her intention to either proceed to trial or enter a change of plea. |
| 8/8/2023 | Motions in limine due. |
| 8/22/2023 | • Proposed voir dire questions due **(limited to 20)**. Counsel are reminded that copies of juror questionnaires are available in the Clerk's |

|  |  |
|---|---|
|  | Office.  It is the responsibility of each attorney to review these questionnaires prior to trial.  Voir dire questions may not repeat material contained in the questionnaires. |
|  | • Requests to Charge due. |
|  | • Proposed verdict form due. |
|  | • Motion in limine responses due. |
| 8/29/2023 | Voir dire objections due. |
| 9/5/2023 | Final pretrial conference. |
| 9/8/2023 | • Counsel shall email a proposed exhibit list and a proposed witness list to the courtroom deputy with a copy to opposing counsel at Kim_Tavalero@gamd.uscourts.gov no later than **NOON.** |
|  | • Electronic evidence files should be provided to the courtroom deputy no later than **NOON.** Please review the Court website page regarding courtroom technology http://www.gamd.uscourts.gov/technology, specifically the instructions concerning the Jury Evidence Recording System (JERS). |
| 9/11/2023 | Trial commences. |

Except as modified in this Order, the standard pre-trial order remains in effect.

**SO ORDERED,** this 10th day of February, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT